# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 23-5026**  **September Term, 2023**

**1:22-cv-01260-TJK**

**Filed On: April 23, 2024** [2051055]

A.P. Bell Fish Company, Inc., et al.,

    Appellants

    v.

Gina Raimondo, in her official capacity as
Secretary of the United States Department
of Commerce, et al.,

    Appellees

## **M A N D A T E**

In accordance with the judgment of March 1, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:   /s/
      Daniel J. Reidy
      Deputy Clerk

Link to the judgment filed March 1, 2024